**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*Moutalabi Boukari*

*Owner of Enterprise Service*

*Proprietor, 310C W. meighan Blvd Gadsden, AL 35901*

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

*Sentry Insurance*
*P. Box 8026*
*Stevens Point, WI 54481*

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | *Enterprise Services Proprietor* |
| | Street Address | *310 C W. meighan Blvd* |
| | County, City | *Etowah, Gadsden* |
| | State & Zip Code | *AL 35901* |
| | Telephone Number | *256-691-8482* |

*Rev. 10/2009*

## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name _Sentry Insurance_
                         Street Address _P.O. Box 8026_
                         County, City _Portage County, Stevens Point_
                         State & Zip Code _WI 54481_

Defendant No. 2          Name _____
                         Street Address _____
                         County, City _____
                         State & Zip Code _____

Defendant No. 3          Name _____
                         Street Address _____
                         County, City _____
                         State & Zip Code _____

Defendant No. 4          Name _____
                         Street Address _____
                         County, City _____
                         State & Zip Code _____

II.     **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        ○  Federal Questions              ●  Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

*Rev. 10/2009*                                    - 2 -

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Alabama_

Defendant(s) state(s) of citizenship _Wisconsin_

**III.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur? _TA at Erie County PA_

B.     What date and approximate time did the events giving rise to your claim(s) occur? _03/24/26 morning_

---

**What happened to you?**

C.     Facts: _I Plaintiff Moutalabi Boukari Owner of Enterprise Services Proprietor, lease purchasing truck#256 at BND global at Chicago Illinois, was setting time at TA, a KGI Company driver back into mine. He said he was sleepy and I collected all his information_

**Who did what?**

_Contacted County 911 get report# PA26-236569 PSP service rendered by TPR Attaway._

**Was anyone else involved?**

_Nobody else, beside I Plaintiff Moutalabi Boukari and truck#256._

**Who else saw what happened?**

_Unknown driver. I knocked KGI driver door, we look Sign of Incident behind his trailer, I took Pictures and all informations, then contact 911._

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _04_ day of ____May____, 20_26_.

Signature of Plaintiff _____

Mailing Address _310 C W. meighan Blvd Gadsden, AL 35901_

Telephone Number _256-691-8482_

Fax Number *(if you have one)* _____

E-mail Address _mHbbouKari@gmail.Com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 10/2009*

- 5 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

No injuries.
But Sentry Insurance area, said they are going to pay, and 90 day more since the incident haven't settle yet. Also I notify Sentry Insurance about medical issues might occure due to having hard time taking care living stuff, and always well live and follow up Doctor appointment for check up that I have medical records.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I requesting court order lawsuit to claim as I stated to Insurance sentry area, about the settlement will be increasing due weekly downtime, Loss of Income and other expenses. The amount billed to sentry Insurance on 05/01/2026 was $118,719.18 as follow: 3 weeks federal clock Time Loss of 70 hrs/week charged in legal format according to non-attorney rate in AL of $141/hr. Business Downtime of reasonable $750/day National Price but can more, Loss of Income of about $1171.00/weeks (settlement sheet sent to Insurance sentry area), and other expenses Banks statement sent. After 90 days of incident, and after Sentry Insurance Agent Sam said on the phone the will pay above service requesting. Also I notify of not included medical issues might occure since I requested an advance on settlement to find place to stay and car while we working on settlement to finalize, and the Insurance have not satisfy that way and after I send to them Pre-litigation statement and I have been going trough a lot also since 03/27/2026 truck in shop status at BND Global in Busse road.



**MOUTALABI BOUKARI**

**ALABAMA NOTARY PUBLIC**

**LEGAL OFFICE ADMINISTRATOR/PARELEGAL**

**COURT FILING SERVICES ASSISTANT**

**GENERAL LAWYER CERTIFY/ WORKING ON BAR**

**IMMIGRATION CERTIFY**

**Business Owner: Enterprise Services Proprietor**

**310 C w. meighan Blvd**

**Gadsden, Al35901**

**mtlbboukari@gmail.com**

**256-691-8482**

**04/14/2026**

To century Select Insurance and Sam the case manager,

Hello Sam,

Is Moutalabi Boukari, ORT tractor trailer mentor and contractor at BND located at Chicago Illinois, sending you this statement in addition to estimate submitted during our conversation on the road.

Based on our conversation for downtime and expenses payment, and PA Title75 §1713 source of benefit (b)(a), (a)(1), (a)(2), (a)(3), code 8.4 and section2.10 civil services, I Moutalabi Boukari Owner of Enterprise Services Proprietor under AL Title7, and Title6 attached accurate information as of 04/13/2026. In addition to discussed about Advance on settlement, and since the case is under pre-litigation process, Enterprise Services Proprietor need a rental car, and pre-settlement funds about $10,000.00 now I'm in Alabama need it to take care of stuffs immediately. As I informed you in Memphis TN, hotels are expensive for me at the moment, and rented a minivan yesterday for $76.54 or about $77.00.

I have contacted the company BND and ego with no response yet after I gave you the numbers also. I have included in this email package, prior to trip to Alabama waiting for the truck to ready

message with company area agents for your record and claim processing department. Thank
and need your prompt attention regarding pre-settlement for described above.

Moutalabi Boukari
937 Ave F
Gadsden, AL 35901

RECORD INSURANCE COMPANY CONVERSATION ON 04/16/2026 AT 9.23.57 A.M., WITH SAM INSURANCE CASE MANAGER.

**MOUTALABI BOUKARI**

**OWNER ENTERPRISE SERVICES PROPRIETOR**

**310C W. MEIGHAN BLVD**

**GADSDEN, AL35901**

**ALABAMA NOTARY PUBLIC**

**LEGAL OFFICE ADMINISTRATOR/PARALEGAL**

**LAWSUIT AND LITIGATION SUPPORT SERVICE RENDERING**

**LAW GRADUATE AND CERTIFY IN:**

**CIVIL-LITIGATION**

**LAWSUIT**

**TORT**

**DIVORCE/FAMILY RESOLUTION**

**ESTATE**

**COMMERCIAL**

**IMMIGRATION**

**AND MORE**

**256-691-8482**

**mtlbboukari@gmail.com**

Hello Erie County PA,

I'm Moutalabi Boukari OTR tractor trailer Owner/mentor, Lease purchase truck at BND global located at 1100 busse road Elk grove village, IL60007, testifying through my AL Notary and Legal filing services below.

This statement is about filing fee waiver due to Sentry insurance not providing way to get pre-settlement funding and loan I requested, and guaranteed testimony to submit to funding department. I since that incident contacting BND global for another and was informed about $15000 down for new truck, and other trucking companies. Since I spent all my savings and checking funds, and attached banks statement to Sentry insurance agency for proof expenses after the incident.

Since I have not heard from Insurance Sentry, and don't have income flow at the moment, I'm requesting fee waiver to proceed Lawsuit on this case and virtual trial.

05/04/2026

# LETTER OF INTENT TO SUE

ENTERPRISE SERVICES PROPRIETOR

937 Ave F, 310C W.meighan blvd, Gadsden, Alabama, 35901
(256) 918-482
mtlbboukari@gmail.com

Date: May 1 2026

**Re: Notice of Intent to File Lawsuit**

Dear sentry Insurance :

This Letter of Intent to Sue shall serve as a formal notice that I intend to commence a lawsuit against you if you do not comply with the settlement demands set out in this letter.

The lawsuit that will be filed against you pertains to the following matter: Enterprise Services Proprietor Lease purchase/owner truck was hit in Erie County PA TA by KGI trucking company driver.DOT 2497590, KYU33849, Policy number A0081142003. Report numberPA26-236569P5PErie. Driver name Natsagym, License N311-0607-8039, D.O.B 02/08/1978 exp02/08/28. Mr Natsagym Insurance company Sentry Insurance, stated the will of downtime, income and expenses payments to Enterprise Services Proprietor area. Owner Moutalabi Boukari sent a legal claims statement and bill 05/01/2026 to Mr Sam Case manager of Sentry Insurance after briefs sentry Ins requested to submit as soon as is ready. This settlement Is for Business Downtime, Loss of income and expenses, not included possible medical issues that will be served in separated form.

I am seeking relief in the form of a payment in the amount of $118719.18 which shall be used in the following manner: Auto Incident not included possible medical issues yet.

The offer to cure or otherwise settle this matter outside of court is valid for 30 days from the effective date that appears above. After that, litigation will commence.

This letter shall be governed under the laws of the State of Pennsylvania.

Sincerely,

_____
ENTERPRISE SERVICES PROPRIETOR

Download

:  IN THE COURT OF COMMON PLEAS
:  OF ERIE COUNTY, PENNSYLVANIA
:
:
:  NO.
:
:
:
:

## WRIT OF SUMMONS

TO: _Sentry Insurance_
_P.O. Box 8026_
_Stevens Point, WI 54481_

You are hereby notified that _Enterprise Services Proprietor_ has (have) commenced an
action against you.     Name(s) of Plaintiff(s)

Date: _05/04/2026_

_____
Prothonotary

By_____
Deputy

```
                                    :    IN THE COURT OF COMMON PLEAS
                                    :    OF ERIE COUNTY, PENNSYLVANIA
                                    :
                                    :
                                    :    NO.
                                    :
                                    :
                                    :
```

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

 Issue writ of summons in the above case.

Writ of Summons shall be issued and forwarded to Attorney / Sheriff. (Please circle choice)

Date: 05/04/2026

*NCBE#N10844204*

Signature of ~~Attorney~~ *Lawyer Certify Notary*

Print Name: *Moutalabi Boukari*

Address: *310C W. Meighan Blvd*
 *Gadsden, AL 35901*

Telephone: *256-691-8482*

Supreme Court ID No. _____