IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOUTALABI BOUKARI,
*Owner of Enterprise Services Proprietor*,

    Plaintiff,          ORDER

  v.             Case No. 26-cv-500-jdp

SENTRY INSURANCE,

    Defendant.

---

Plaintiff Moutalabi Boukari has filed a proposed civil complaint against Sentry Insurance, naming himself as the plaintiff as "Owner of Enterprise Services Proprietor."  On June 1, 2026, this court ordered plaintiff to pay the $405 filing fee or submit a motion for leave to proceed without prepaying the filing fee.  Dkt. 6.  On July 6, the court received plaintiff's motion.  Dkt. 7.  This time, the motion names "Enterprise Services Proprietor" as the plaintiff.  Boukari has signed the motion, listing Enterprise Services Proprietor as his employer.  Boukari indicates that his total monthly income is $21,705 — a figure that represents the average of the "total gross in Enterprise Services Proprietor contractor lease owner at BND global for the period of 02/2026 to 04/2026."  Dkt. 7 at 3.

Having considered Boukari's income, assets, and obligations, as set forth in his motion for leave to proceed without prepaying the filing fee, the court finds that plaintiff's financial situation does not warrant a determination of indigency.  Accordingly, plaintiff must prepay the $405 fee[1] to commence this action.

---

[1] Effective December 1, 2023, the total fee for filing a civil action is $405 (the $350 statutory fee plus the $55 miscellaneous administrative fee).

ORDER

IT IS ORDERED that plaintiff Moutalabi Boukari's motion for leave to proceed without prepaying the filing fee is DENIED.  Plaintiff must pay the $405 fee no later than August 3, 2026. If plaintiff fails to do so, this action may be dismissed without prejudice.

Entered this 10th day of July, 2026.

BY THE COURT:

_____s/_____
ANDREW R. WISEMAN
U.S. Magistrate Judge

2